# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA J. RYAN,<br><br>Plaintiff,<br><br>v.<br><br><br>STANISLAUS COUNTY SUPERIOR COURT and ROB BONTA,<br><br><br><br>Defendants.<br><br>_____/ | Case No. 1:26-cv-02396-JLT-SKO<br><br>**ORDER TRANSFERING CASE TO SACRAMENTO DIVISION**<br><br>(Doc. 1) |

In light of the Local Rules, Plaintiff is advised that, as this is an action or proceeding that arises in the county of Stanislaus, this case will be transferred out of the District Court in the Fresno division, and to the District Court in the Sacramento division. *See* E.D. Cal. Local Rule 120(d).

Accordingly, IT IS HEREBY ORDERED that:

1.   This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2.   All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) remains pending.


IT IS SO ORDERED.

Dated:   **April 1, 2026**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE